CRIMINAL CASE COVER SHEET
U.S. DISTRICT COURT
PLACE OF OFFENSE:

2:18cr34-KS-MTP

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 12 2018
ARTHUR JOHNSTON
BY _____ DEPUTY

CITY: __Hattiesburg__

COUNTY: __Lamar__

RELATED CASE INFORMATION:
SUPERSEDING INDICTMENT ____ DOCKET # ____
SAME DEFENDANT ____ NEW DEFENDANT ____
MAGISTRATE JUDGE CASE NUMBER ____
R 20/ R 40 FROM DISTRICT OF ____

**DEFENDANT INFORMATION:**

JUVENILE: ____ YES __X__ NO

MATTER TO BE SEALED: ____ YES __X__ NO

NAME/ALIAS: __Marco Bisa Hawkins Moran__

**U.S. ATTORNEY INFORMATION:**

AUSA __Mary Helen Wall__     BAR # __100857__

INTERPRETER: __X__ NO ____ YES   LIST LANGUAGE AND/OR DIALECT: ____

**LOCATION STATUS:**   ARREST DATE ____

____ ALREADY IN FEDERAL CUSTODY AS OF ____
____ ALREADY IN STATE CUSTODY
____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: __1__     ____ PETTY ____ MISDEMEANOR __1__ FELONY

| (Clerk's Office Use Only) | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 __18:1349.F__ | 18 USC § 1349 | Attempt and Conspiracy | 1 |
| Set 2 ____ | ____ | ____ | ____ |

Date: __9-11-18__   SIGNATURE OF AUSA: __MHWall__
Revised 2/26/2010