12N THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.    CRIMINAL NO. 2:18cr34-KS-MTP

MARCO BISA HAWKINS MORAN

## PRELIMINARY ORDER OF FORFEITURE

On September 13, 2018, Defendant **MARCO BISA HAWKINS MORAN** pleaded guilty to an Information filed in the above-styled cause.

IT IS HEREBY ORDERED THAT:

1. As a result of the guilty plea to the Information, for which the United States sought forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(2)(A), and 28 U.S.C. § 2461(c), Defendant **MARCO BISA HAWKINS MORAN** shall forfeit to the United States all property involved in or traceable to property involved in the offense.

2. Based on the evidence set forth during the plea colloquy, specifically that the defendant had conspired to commit health care fraud, and the allegations included in the United States' motion, the Court finds that **$12,195,740.40 DOLLARS IN THE FORM OF A MONEY JUDGMENT** is subject to forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(2)(A), and 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure, and that the defendant has an interest in such property and that the United States has established the requisite nexus between such property and such offense. Therefore, the Court finds that the **$12,195,740.40 DOLLARS IN THE FORM OF A MONEY JUDGMENT** shall be forfeited to the United States.

3. The United States may conduct any discovery it considers necessary to identify, locate, and seize substitute property to satisfy the money judgment.

4. No ancillary hearing is required since the forfeiture provides for a money judgment.

5. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment, and this order shall be enrolled in all appropriate Judgment Rolls.

6. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

SO ORDER AND ADJUDGED this __12th___ day of __March_____, 2020.

    ____s/Keith Starrett_____
    KEITH STARRETT
    UNITED STATES DISTRICT JUDGE